DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MATTHEW THOMAS DUNCAN,

Appellant,

v.

ELLEN PATRICIA WALLS,

Appellee.

No. 2D2025-1817

_____

June 3, 2026

Appeal from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Ethan A. Arthur of Wicker Smith O'Hara, McCoy & Ford, P.A., Tampa, for Appellant.

Dane Canaan Heptner of Salter, Healy, Rivera & Heptner, St. Petersburg, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.